

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-20-00051-CV

**MEDFINMANAGER, LLC,**
Appellant

v.

John **SALAS,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On July 28, 2020, appellee filed an unopposed motion requesting permission to assert his cross-appellant points in a single brief as appellee and cross-appellant. He further requests a forty-five day extension of time to file that brief. After consideration, we **GRANT** appellee's request and **ORDER** appellee to file his single brief **by September 14, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court